UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: JOSEPH E. HYSON, JR.

          Debtor

STIPULATION

Case No. 22-10169-1-rel

Chapter 13

    WHEREAS, the Debtor in this proceeding filed a Chapter 13 bankruptcy petition with this Court; and

    WHEREAS, Debtor filed a motion seeking actual and statutory damages against The City of Albany through the Parking Violations Bureau of the City of Albany pursuant to 11 U.S.C. § 362 et seq., based on an alleged violation of the automatic stay ("the Motion"); and

    WHEREAS, the parties have now entered into the following Stipulation as full settlement of the matter, and now ask the Court to order the following, to wit:

1. That The City of Albany through the Parking Violations Bureau of the City of Albany will pay a total of $2,500.00 in settlement of this matter in its entirety, (paid to Selbach Law Offices, P.C.) and of that amount, the sum of $1,600.00 shall be paid to the attorneys for the Debtor, Selbach Law Offices, P.C. as attorneys' fees, and the sum of $900.00 shall be paid to the Chapter 13 Trustee;

2. The settlement proceeds shall be paid within sixty (60) days after the execution of the Order approving this Stipulation;

3. That no other liability will accrue to either party as a result of the proceedings or allegations that are the subject of this Stipulation, or the Motion. The Debtor and the Chapter 13 Trustee (collectively the "Releasors") release The City of Albany through the Parking Violations Bureau of the City of Albany, its successors and assigns from any and all actions, suits,

debts, sums of money, accounts, reckonings, bills, promises, damages, claims, liabilities and causes of action whatsoever in law or equity which Releasors' heirs, guardians, administrators, successors and assigns ever had, now have or hereinafter can have, for, upon or by reason of any matter set forth in or related to this Stipulation and the Motion;

4. It is agreed that by entering into this settlement that The City of Albany through the Parking Violations Bureau of the City of Albany does not admit any liability for the alleged violations stated in the Motion;

5. The signatories to this Stipulation covenant and agree that they have full authority to execute and bind the parties to the terms stated herein;

6. This Stipulation may be signed in counterparts, each of which shall be deemed an original and all of which when taken together shall constitute one instrument.

Dated this 23rd day of June, 2022

_____
James F. Selbach, Esq.
Selbach Law Offices, P.C.
Attorneys for Debtor
8809 Daylight Drive
Liverpool, New York 13090
Telephone: (315) 471-6611

Dated this ___ day of _____, 2022

_____
Andrea E. Celli, Esq.
Chapter 13 Trustee
24 Quail Street
Albany, New York 12206
Telephone: 518.334.7849

Dated this 3rd day of June, 2022

_____
Laura Gulfo, Esq.
Office of the Corporation Counsel
Attorneys for The City of Albany through
the Parking Violations Bureau of the City of Albany
24 Eagle St., Rm 106
Albany, New York 12207
Telephone: 518.434.5069